UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DUSTIN MICHAEL SCHEXNAYDER, SR. AND MARILYN FAUCHEAUX TARTO, INDIVIDUALLY AND AS DULY APPOINTED CURATOR OF DUSTIN MICHAEL SCHEXNAYDER, SR. | CIVIL ACTION NO.:_____<br><br>DIVISION:_____ |
| VERSUS | |
| ST. CHARLES PARISH, VERNON JOSEPH "V.J." ST. PIERRE, JR., PRESIDENT OF ST. CHARLES PARISH, THE ST. CHARLES PARISH COUNCIL, THE STATE OF LOUISIANA AND THE UNITED STATES ARMY CORPS OF ENGINEERS | JUDGE:_____<br><br>MAGISTRATE JUDGE: _____ |

**COMPLAINT**

NOW COMES through undersigned counsel, Plaintiff DUSTIN MICHAEL SCHEXNAYDER, SR., AND MARILYN FAUCHEAUX TARTO, individually and as duly appointed curator of Plaintiff DUSTIN MICHAEL SCHEXNAYDER, SR. who respectfully represent the following:

1.

Made defendants herein are:

A. ST. CHARLES PARISH;

B. VERNON JOSEPH "V.J." ST. PIERRE, JR., St. Charles Parish President;

C. THE ST. CHARLES PARISH COUNCIL;

D. THE STATE OF LOUISIANA; AND

E. THE UNITED STATES ARMY CORPS OF ENGINEERS

2.

Defendants are indebted unto petitioner in solido, with legal interest from date of

judicial demand until finally paid for all damages prayed for herein, costs for the allegations made herein and any other charges brought out at the trial of this matter.

3.

The United States Army Corps of Engineers owns and operates certain immovable property located in St. Charles Parish, State of Louisiana, known as the Bonne Carre Spillway.

4.

The United States owns the Bonne Carre Spillway.

5.

The Bonne Carre Spillway is maintained by the United States Army Corps of Engineers through the Secretary of the Army.

6.

The river road along the East Bank of the Mississippi River passes through the Bonne Carre Spillway.

7.

The United States, through The Secretary of the Army Leases the river road in the Bonne Carre Spillway to St. Charles Parish to "improve, operate, and maintain" the river road in the Bonne Carre Spillway.

8.

St. Charles Parish is a division of the State of Louisiana.

9.

The St. Charles Parish President is the authorizing official for the lease between

Defendants St. Charles Parish and the United States Army Corps of Engineers.

10.

The St. Charles Parish Council re-approved the current lease with the United States Army Corps of Engineers in 2009. The lease is valid through 2014.

11.

The lease provides for the improvement, operation and maintenance of the river road by St. Charles Parish subject to the right of the United States to improve, use or maintain the road.

12.

Defendant St. Charles Parish and the United States Army Corps of Engineers have maintained the river road in a substandard condition.

13.

Defendants United States Army Corps of Engineers and St. Charles Parish were placed on notice of the defective condition of the river road in the Bonne Carre Spillway and chose not to take corrective action to properly maintain the river road in the Bonne Carre Spillway.

14.

On February 14, 2011, Plaintiff Dustin Schexnayder was traveling West on the River Road through the Bonne Carre Spillway when his vehicle careened off a cliff into a drainage canal adjacent to the roadway that was not protected by proper guard rails.

15.

The drainage canal is and was lined with large rock and stones.

16.

The impact was severe and the resulting bodily injury damage to Plaintiff Dustin Schexnayder was severe.

17.

As a result of the collision, Dustin Schexnayder suffered severe head trauma and bodily injury. Both of his ankles were broken and he sustained a severe hematoma to the brain.

18.

The acts of fault, gross and wanton negligence, and lack of skill by Defendants which were the proximate cause of the collision and the resulting damage to plaintiff's person and vehicle, were as follows:

- a. Failure to maintain a proper road;
- b. Failing to keep and improve the road properly;
- c. Failing to have safety protection at dangerous drop offs along the road;
- d. Failing to maintain the road to the proper width;
- e. Failing to place guard rails over drainage ditches;
- f. Failing to properly mark the river road in the Bonne Carre Spillway;
- g. Failing to properly supervise and police the river road in the Bonne Carre Spillway; and
- h. Such other acts and omissions as will be shown at the trial of this matter, all of which were in contravention of the exercise of due care, prudence, and/or the laws of The United States of America, the State of Louisiana and St. Charles Parish.

19.

As a result of the gross and wanton negligence of Defendants, Plaintiff Dustin Schexnayder suffered severe injuries, namely:

- a. Severe head trauma;
- b. Permanent and debilitating brain injuries;
- c. Multiple broken bones, contusions, lacerations and scrapes;
- d. Conscious pain and suffering;
- e. Deterioration of physical integrity, including debilitation of the musculature, skeletal and nervous systems, with the resulting physical impairment and permanent disability;
- f. Severe emotional distress;
- g. The resulting physical impairment and permanent disability, impairment of wage earning capacity, and loss of wages;
- h. Medical expenses (past, present and future);
- i. Loss of wages, earnings and earning potential
- j. Loss of all employability
- k. Other yet unspecified injuries as will be shown at trial of this matter.

20.

Defendants are also liable unto petitioner under the provisions of Louisiana Civil Code Articles 2315, 2317 and 2322, in that the existence of such road defects due to the failure of defendants to properly maintain the river road in the Bonne Carre Spillway caused Plaintiff Dustin Schexnayder's injury and constituted a defective and dangerous condition of the premises, and that the defendants had ultimate custody, control and

supervision of said premises.

21.

Plaintiffs aver that defendants knew or were in a position to know of the defects in the River Road in The Bonne Carre Spillway that existed and which caused the injury to Plaintiff Dustin Schexnayder.

22.

At all times material hereto, Plaintiff Dustin Schexnayder acted reasonable under the circumstances and was without fault.

23.

The condition of the location where plaintiff was injured suffered from very poor maintenance and was substandard according to acceptable standards.

24.

Defendants knew or should have known of the deplorable condition of the River Road in the Bonne Carre Spillway and negligently created a dangerous road environment for all drivers due to blatant neglect of duty and lack of supervision of the road area..

25.

Defendants knew or should have known of an alternate design to the road and drainage that passes underneath that would prevent individuals like Dustin Schexnayder from ending up in a steep ravine and causing injuries suffered by the Plaintiff.

26.

As a result of the collision sued on, Plaintiff incurred damages to his vehicle.

27.

Plaintiff Marilyn Faucheaux Tarto has suffered loss of consortium, loss of love and affection from her son Dustin Schexnayder as a result of the aforementioned personal injuries perpetrated by the defendants.

28.

Plaintiff Marilyn Faucheaux is the curator of Plaintiff Dustin Schexnayder and has court appointed authority to bring this suit on behalf of Dustin Schexnayder.

29.

Plaintiff Marilyn Faucheaux cares for Dustin Schexnayder and has lost time, money and resources caring for her severely injured son, Plaintiff Dustin Schexnayder, Sr.

**WHEREFORE,** Petitioner prays that this complaint be deemed good and sufficient, and that proper citation and summons issue and be duly served along with a copy of this Petition, upon Defendants St. Charles Parish, Vernon Joseph "V.j." St. Pierre, Jr., President of St. Charles Parish, the St. Charles Parish Council, The State of Louisiana and the United States Army Corps of Engineers and that after all legal delays having been had, there be a judgment rendered in favor of petitioners, and against said defendants jointly and in solido for an amount equal to a just sum to fully compensate petitioner for all damages, general and special sustained by the petitioner as aforementioned, together with all costs incurred in the prosecution of this matter, together with legal interest thereon from date of judicial demand, until paid, and for all such other relief justice and equity demand.

Respectfully submitted by:

                                                _____
Jean-Paul Robert, Bar # 27628
Attorney at Law, L.L.C.
2315 S. Burnside Ave.
Gonzales, LA 70737
Tel:  (225) 647-9200
Fax: (225) 647-9300