UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DUSTIN MICHAEL                                    CIVIL ACTION
SCHEXNAYDER, SR. AND
MARILYN FAUCHEAUX TARTO,
INDIVIDUALLY AND AS A DULY
APPOINTED CURATOR OF DUSTIN
MICHAEL SCHEXNAYDER, SR.

VERSUS                                            NO: 12-416 c/w 12-542

ST. CHARLES PARISH, ET AL.                        SECTION: "S" (1)

ORDER

   **IT IS HEREBY ORDERED** that the United States of America's and the United States

Army Corps of Engineers' Motion to Dismiss (Doc. #31) is **GRANTED**, and plaintiffs' claims

against it are **DISMISSED WITHOUT PREJUDICE**. (Plaintiff has filed a new lawsuit against the

United States, Civil Action No. 12-2518, in the United States District Court for the Eastern District

of Louisiana, which presumably cures the jurisdictional issue.)

   New Orleans, Louisiana, this __14th__ day of November, 2012.


                              _____
                                   MARY ANN VIAL LEMMON
                              UNITED STATES DISTRICT JUDGE