UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DUSTIN MICHAEL SCHEXNAYDER, SR. AND MARILYN FAUCHEAUX TARTO, INDIVIDUALLY AND AS A DULY APPOINTED CURATOR OF DUSTIN MICHAEL SCHEXNAYDER, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-416 c/w 12-542** |
| **ST. CHARLES PARISH, ET AL.** | **SECTION: "S" (1)** |

**ORDER**

**IT IS HEREBY ORDERED** that the United States of America's and the United States Army Corps of Engineers' Motion to Dismiss (Doc. #31) is **GRANTED**, and plaintiffs' claims against it are **DISMISSED WITHOUT PREJUDICE**. (Plaintiff has filed a new lawsuit against the United States, Civil Action No. 12-2518, in the United States District Court for the Eastern District of Louisiana, which presumably cures the jurisdictional issue.)

New Orleans, Louisiana, this __14th__ day of November, 2012.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**